IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


BLACKIE F. ALVAREZ,                                          04-CV-884-BR

      Plaintiff,                                        JUDGMENT

v.

JEAN HILL, Superintendent, Snake
River Correctional Institution; MAX
WILLIAMS, Director of Oregon
Department of Corrections; MITCH
MORROW, Deputy Director of Oregon
Department of Corrections; JUDY
GILMORE, Superintendent of
Transitional Services, Snake River
Correctional Institution; STEVE
FRANKE, Asst. Superintendent of
Security, Snake River Correctional
Institution; TOM O'CONNER,
Administrator of Religious Services,
Oregon Department of Corrections;
TOM ARMSTRONG, Asst. Administrator of
Religious Services and Chaplain at
Snake River Correctional Institution;
STEVE BRABB, Chaplain at Snake River
Correctional Institution; BRAD CAIN,
Correctional Officer, Snake River
Correctional Institution; SONNY RIDER,
Security Manager, Snake River
Correctional Institution; and SONIA
HOYT, Security Manager, Snake River
Correctional Institution,

      Defendants.


1 - JUDGMENT

Based on the Court's Opinions and Orders (#182, #___) issued February 12, 2010, and August 27, 2010, the Court **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 27th day of August, 2010.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

2  -  JUDGMENT